# Court of Appeals
# of the State of Georgia

ATLANTA,  February 14, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1369.  TAMRA TUGGLE v. HI-SITE HOLDINGS, LLC.**

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling in that court, defendant Tamra Tuggle appealed to the state court, which issued a writ of possession in favor of plaintiff Hi-Site Holdings, LLC. The defendant then appealed directly to this Court. The plaintiff has filed a motion to dismiss the appeal.

An appeal from a state court order disposing of a de novo appeal from a magistrate court decision must be initiated by filing an application for discretionary review. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995). The defendant's failure to do so deprives us of jurisdiction over this appeal. Accordingly, the plaintiff's motion to dismiss is GRANTED, and this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta,  02/14/2019
   I certify that the  above is a true extract from
the minutes of the Court of Appeals of Georgia.
   Witness my signature and  the seal of said court
hereto affixed the day and year last above written.



_____ , Clerk.